**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 07-1640 PAM/JSM**

| | |
|---|---|
| William Dean Crifasi,<br><br>　　　　　Plaintiff,<br>vs.<br><br>Capital One Auto Finance, Inc., and Sean and Missy McMurray d/b/a American Lenders Service Company of St. Paul,<br><br>　　　　　Defendants. | **ORDER FOR DISMISSAL WITH PREJUDICE** |

**ORDER FOR DISMISSAL – DEFENDANT SEAN AND MISSY MCMURRAY D/B/A AMERICAN LENDERS SERVICE COMPANY OF ST. PAUL ONLY**

**IT IS HEREBY ORDERED** that the Complaint against Sean and Missy McMurray d/b/a American Lenders Service Company of St. Paul on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

　　　　　　　　　　　　　　　**BY THE COURT**

Dated:   May  11, 2007　　　　　　　s/Paul A.  Magnuson
　　　　　　　　　　　　　　　Paul A. Magnuson, Judge
　　　　　　　　　　　　　　　United States District Court