UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

William Dean Crifasi,

    Plaintiff,

v.                                    Case No. 07-CV-1640
                                           PAM/JSM

Capital One Auto Finance, Inc., et. al.,

    Defendants.

---

## **ORDER**
---

The Court having been advised by the parties' filing of a Stipulation for Dismissal (Document No. 35) that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed with prejudice and without the award of attorneys' fees or costs to any party.

Dated:  November 16, 2007

                                                   s/Paul A. Magnuson
                                                   Paul A. Magnuson
                                                   United States District Court Judge